IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEAN R. EDGAR | ) |
| | ) |
| Wells Fargo Bank, N.A., | ) |
| Creditor, | ) |
| | ) |
| vs. | ) CASE NO. 09B10020 |
| | ) JUDGE Pamela S. Hollis |
| DEAN R. EDGAR, | ) |
| Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the March 2011 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of May 19, 2011:

   | | |
   |---|---|
   | a. Attorney's Fees | $250.00 |
   | b. Payments (3/11, 4/11 & 5/11: 3 @ $922.28) | $2,766.84 |
   | c. Property Inspections | $15.00 |
   | d. Suspense | -$65.94 |
   | Total | $2,965.90 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Wells Fargo Bank, N.A. rights to collect these amounts will be unaffected.

Respectfully Submitted,
Wells Fargo Bank, N.A.

/s/Christopher M. Brown__
Christopher M. Brown
ARDC#6271138
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088